United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.H., a minor, by and through his guardian ad litem, KIMBERLY DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND, a municipal corporation, LOIS GOMES, individually, and in her capacity as Center Director for Manzanita Recreation Center, parks and Recreation, employed by CITY OF OAKLAND, and DOES 1 through 25, inclusive,<br><br>    Defendant.<br>                                    / | No. C 05-02786 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Court **GRANTS** defendant's *ex parte* request and hereby continues the case management conference to **NOVEMBER 10, 2005**, **AT 3:00 P.M.** Please note there will be no further extensions.

    **IT IS SO ORDERED.**

Dated:  October 6, 2005.

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE